UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY WHITED,

    Plaintiff,

vs                                        Case No: 08-10653
                                            Honorable Victoria A. Roberts

MOTORISTS MUTUAL
INSURANCE COMPANY,

    Defendant.

_ _____/

## ORDER

On Monday, September 15, 2008, the Court held a telephone conference on Plaintiff's Amended Motion to Compel Answers to Request for Production of Claims File and Documents. Attending were Eileen Fallon representing the Plaintiff and Cheryl Lord representing the Defendant.

Based on the discussion held Plaintiff's motion is **GRANTED.**

Defendants are to produce the documents from Patricia Green by September 24, 2008.

Discovery is extended to 11/28/08.

This matter will be referred to the Wayne County Mediation Tribunal for case evaluation in December, 2008. The parties agree to shorten their acceptance/rejection time to 14 days.

The Settlement Conference scheduled for January 6, 2009 at 3:00 p.m. remains unchanged.

**IT IS ORDERED.**

                                                /s/ Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: September 30, 2008

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 30, 2008.

s/Linda Vertriest
Deputy Clerk

---